UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

UNITED STATES OF AMERICA           )
                                   )      Case No. 4:13-cr-11
                                   )
v.                                 )
                                   )      MATTICE / LEE
TANICA BERRY                       )

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:

(1) grant Defendant's motion to withdraw her not guilty plea to Count One of the thirty-four count

Indictment (2) accept Defendant's plea of guilty to the lesser included offense of the charge in Count

One, that is of conspiracy to distribute and possess with intent to distribute a mixture and substance

containing a detectable amount of cocaine and a mixture and substance containing cocaine base

("crack"), both Schedule II controlled substances, in violation of 21 USC §§ 846, 841(a)(1) &

841(b)(1)(C); (3) adjudicate Defendant guilty of the lesser included offense of the charge in Count

One, that is of conspiracy to distribute and possess with intent to distribute a mixture and substance

containing a detectable amount of cocaine and a mixture and substance containing cocaine base

("crack"), both Schedule II controlled substances, in violation of 21 USC §§ 846, 841(a)(1) &

841(b)(1)(C); (4) defer a decision on whether to accept the plea agreement until sentencing; and

(5) find Defendant shall remain in custody until sentencing in this matter [Doc. 181]. Neither party

filed a timely objection to the report and recommendation. After reviewing the record, the Court

agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS**

and **ADOPTS** the magistrate judge's report and recommendation [Doc. 181] pursuant to 28 U.S.C.

§ 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw her not guilty plea to Count One of the Indictment is **GRANTED**;

(2)     Defendant's plea of guilty to the lesser included offense of the charge in Count One, that is of conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine and a mixture and substance containing cocaine base ("crack"), both Schedule II controlled substances, in violation of 21 USC §§ 846, 841(a)(1) & 841(b)(1)(C) is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the lesser included offense of the charge in Count One, that is of conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine and a mixture and substance containing cocaine base ("crack"), both Schedule II controlled substances, in violation of 21 USC §§ 846, 841(a)(1) & 841(b)(1)(C);

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Monday, January 6, 2014 at 9:00 a.m. [EASTERN]** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

>           _/s/Harry S. Mattice, Jr._
>           HARRY S. MATTICE, JR.
>           UNITED STATES DISTRICT JUDGE

2